```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELLA SHILLINGFORD, et al.,                                   :
                                                             :
                             Plaintiffs,                     :
                                                             :   16-CV-6785 (KPF) (OTW)
                                                             :
             -against-                                       :   ORDER
                                                             :
ASTRA HOME CARE, INC., et al.,                               :
                                                             :
                             Defendants.                     :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a hearing in this matter between Plaintiff Erica Jacob Spencer and Defendants on November 21, 2019. As directed during that conference, Parties must submit their settlement documents pursuant to *Cheeks v. Freeport Pancake House, Inc., et al.*, 796 F.3d 199 (2d Cir. 2015), by **December 20, 2019**.

**SO ORDERED.**

Dated: December 5, 2019
      New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge