

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Christopher P. Hampton, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 153*
*Writer's Facsimile: (516) 237-2893*
*Email: champton@meltzerlippe.com*

December 10, 2019

**VIA ECF**
and Email <Failla_NYSDChambers@nysd.uscourts.gov>
Honorable Katherine Polk Failla
United States District Court
Southern District New York
40 Foley Square, Room 2103
New York, NY 10007

   Re: ***Shillingford v. Astra Home Care, Inc. et al.***
      **Docket No. 1:16-CV-06785 (KPF)**
      <u>MLGB File No. 13066-00060</u>

Dear Judge Failla:

  This firm represents Defendants in the above-referenced matter, and we write jointly with Mr. Rand, counsel for Named Plaintiff and all Opt-in Plaintiffs except Ms. Erica Jacob-Spencer, to respectfully request the Court adjourn the time by which the parties must file a fully executed stipulation of partial dismissal (the "Stipulation"), as provided-for in the Court's Order dated December 4, 2019 (Docket Entry 109).

  In this regard, the parties respectfully note the approved settlement agreement in this matter (the "Agreement") (Docket Entry 107-1) provides the Opt-In Plaintiffs with Notice of settlement and an opportunity to opt out of same. <u>See</u> the Agreement, ¶¶ 1(e) – 1(h). As such, the parties will not be able to accurately inform the Court as to which Opt-In Plaintiffs should be "included" in the Stipulation until after the Opt-out period has expired and it is determined which Opt-in Plaintiffs have elected to remain part of the instant settlement. The parties expect to deliver Notice by or before December 18, 2019, and therefore estimate the Opt-out period will expire on or about January 6, 2020.

  Thus the parties respectfully request that the time by which they must submit the Stipulation be adjourned to January 17, 2020. Pursuant to your Honor's Individual Rules of Practice in Civil Cases, Rule 2(E): (1) there is no set original due date for submission of the Stipulation (<u>see</u> Docket Entry 109); (2) this is the first request for an adjournment or extension of time; (3) since there have been no previous requests, the Court has neither granted nor denied same; (4) the parties require the additional time to accurately determine which Opt-in

985982.1

Plaintiffs will (not) opt-out of the instant settlement and finalize the stipulation accordingly; and (5) Plaintiff consents to and joins in this request.

Further, the parties also note the granting of this request will affect no other deadlines currently pending herein. We sincerely thank the Court for its attention to and assistance with this matter.

Respectfully submitted,
/s/
Christopher P. Hampton, Esq.

cc: All Counsel of Record (*via ECF*)

Application GRANTED.

Dated:   December 10, 2019
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE