# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

<div style="border: 1px solid red;">Memo Endorsed</div>

December 18, 2019

*Via ECF*
The Honorable Ona T. Wang
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Application Granted.**
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang      12/18/2019
> U.S. Magistrate Judge

Re:   *Shillingford v. Astra Home Care, Inc., et al.*
       <u>Case No.: 16-cv-06785 (KPF) (OTW)</u>

Dear Judge Wang:

As the Court knows, Borrelli & Associates, P.L.L.C ("the Firm") represents opt-in Plaintiff Erica Jacob Spencer in the above-referenced matter filed under, *inter alia*, the Fair Labor Standards Act. As the Court further knows, at the conference held on November 21, 2019, the Court stayed the Firm's motion to withdraw as Spencer's counsel, and ordered Defendants to file a *Cheeks* motion and the Firm to file a fee application by December 20, 2019. We now write, on behalf of all parties, to respectfully request an extension to file those documents until January 3, 2020, because the parties are still working to finalize the settlement agreement and need additional time to do so and for the parties to then execute and notarize it. This is the first request for an extension of time to file the settlement documents as it pertains to the resolution of claims between Ms. Spencer and Defendants.

We thank the Court for its time and attention to this matter.

> Respectfully submitted,
>
> /S/Kenneth F. St. John, Esq.
> Kenneth F. St. John, Esq.
> *For the Firm*

C:  All Counsel of Record *via* ECF