

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Christopher P. Hampton, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 153*
*Writer's Facsimile: (516) 237-2893*
*Email: champton@meltzerlippe.com*

**Memo Endorsed**

December 31, 2019

**Via ECF**
The Honorable Ona T. Wang
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

> **Application Granted** *nunc pro tunc.*
>
> **SO ORDERED.**
>
> Ona T. Wang        1/6/2020
> U.S. Magistrate Judge

Re: *Shillingford v. Astra Home Care, Inc. et al.*
**Docket No. 1:16-CV-06785(KPF)**

Dear Judge Wang:

    This firm represents Defendants Astra Home Care, Inc., d/b/a True Care Home Health Care ("True Care"), Michael Werzberger, and Rebecca Rosenzweig (collectively, "Defendants") in the above-referenced matter, and we write jointly with counsel for Opt-in Plaintiff Erica Jacob-Spencer. In this regard, we write to respectfully request the time by which the necessary Settlement Documents must be submitted be briefly adjourned one additional week until **January 10, 2020**. Pursuant to your Honor's Individual Practices, Rule I(e): (1) the current deadline for submission of the Settlement Documents in this matter is January 3, 2020 (ECF Doc. No. 116); (2) this is the second request for an adjournment of the submission deadline; (3) with the previous request seeking an adjournment from December 20, 2019 to January 3, 2020 being granted; and (4) Plaintiff joins in and consents to Defendants' request as noted above. Relevantly, the parties note that finalization of the Settlement Documents has been delayed due to the parties (and their respective counsels') observation of, and absence during, the Christmas and Hanukkah Holidays.

    Accordingly, the Parties respectfully request the time by which the Settlement Documents must be submitted be adjourned until **January 10, 2020**. The Parties sincerely thank the Court for its time and consideration of the foregoing request.

                                  Respectfully submitted,
                                    /s/
CPH/kc                                  Christopher P. Hampton

cc:    All Counsel of Record (via ECF)

989441.1