

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Christopher P. Hampton, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 153*
*Writer's Facsimile: (516) 237-2893*
*Email: champton@meltzerlippe.com*

**MEMO ENDORSED**

January 9, 2020

**Application Granted.**
No further extensions will be granted.
**SO ORDERED.**

_____
Ona T. Wang          1/12/2020
U.S. Magistrate Judge

**Via ECF**
The Honorable Ona T. Wang
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re: *Shillingford v. Astra Home Care, Inc. et al.*
    **Docket No. 1:16-CV-06785(KPF)**

Dear Judge Wang:

This firm represents Defendants Astra Home Care, Inc., d/b/a True Care Home Health Care ("True Care"), Michael Werzberger, and Rebecca Rosenzweig (collectively, "Defendants") in the above-referenced matter, and we write jointly with counsel for Opt-in Plaintiff Erica Jacob-Spencer. In this regard, we write to respectfully request the time by which the necessary Settlement Documents must be submitted be briefly adjourned three weeks until **January 31, 2020**. Pursuant to your Honor's Individual Practices, Rule I(e): (1) the current deadline for submission of the Settlement Documents in this matter is January 10, 2020 (ECF Doc. No. 118); (2) this is the third request for an adjournment of the submission deadline; (3) with the previous request seeking an adjournment from January 3, 2020 to January 10, 2020 being granted; and (4) Plaintiff joins in and consents to Defendants' request as noted above. Relevantly, the parties note that finalization of the Settlement Documents has been delayed due to the fact that both the parties and their counsel experienced (and are continuing to experience) extended absences the week of January 6 on account of severe illness. Further, the parties note they need additional time to account for conflicts (including times when the parties will be out of state) throughout the remainder of January.

Accordingly, the Parties respectfully request the time by which the Settlement Documents must be submitted be adjourned until **January 31, 2020**. The Parties sincerely thank the Court for its time and consideration of the foregoing request.

Respectfully submitted,
/s/
Christopher P. Hampton

CPH/kc

cc: All Counsel of Record (via ECF)

990785.1