UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLA SHILLINGFORD, Individually and on Behalf of All Other Persons Similarly Situated,

                          Plaintiffs,

-against-

ASTRA HOME CARE, INC. d/b/a "True Care Home Health Care," MICHAEL WERZBERGER, REBECCA ROSENZWEIG, and JOHN DOES #1-10,

                          Defendants.

**Docket No.: 1:16-cv-06785 (KPF)(OTW)**

**JUDGMENT**

**WHEREAS**, on January 24, 2020, Defendants Astra Home Care, Inc. d/b/a "True Care Home Health Care," Michael Werzberger, and Rebecca Rosenzweig (collectively, "Defendants"), offered opt-in Plaintiff Erica Jacob Spencer ("Plaintiff") to take a judgment against them in this action pursuant to Federal Rule of Civil Procedure 68 ("Rule 68") in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), **inclusive** of all interest, costs, and reasonable attorneys' fees; and

**WHEREAS,** on January 27, 2020, Plaintiff filed her Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is entered pursuant to Rule 68 in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of $35,000.00, allocated as follows: (i) Twenty-three Thousand, Eighty-six Dollars and Six Cents ($23,086.06) payable directly to Plaintiff as and for "back wages," "liquidated damages," and/or any other available "damages"; (ii) Eleven Thousand, Five Hundred Forty-three Dollars and Three Cents ($11,543.03) payable to counsel for Plaintiff, Borrelli & Associates, P.L.L.C., as and for attorney's

fees; and (iii) Three Hundred Seventy Dollars and Ninety-one Cents ($370.91) payable to counsel for Plaintiff, Borrelli & Associates, P.L.L.C., as and for costs.

SO ORDERED, on the 4th day of February, 2020, New York, New York:

_____
The Honorable Katherine Polk Failla, U.S.D.J.